Court be and it is affirmed for the reasons contained in the opinion of the Court reported in 168 F.Supp. 45, 46, also memorandum opinion denying motion for new trial.

**Hortense HUDSON et al., Appellants,**

v.

**JOHN W. THOMAS COMPANY, a corporation, Debtor.**

**No. 16379.**

United States Court of Appeals
Eighth Circuit.

Nov. 24, 1959.

Joseph L. Nathanson, Minneapolis, Minn., for appellant.

M. Arnold Lyons and Charles H. Halpern, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, at costs of appellants, on motion of appellee.

**Lloyd C. SHANKLIN, Appellant,**

v.

**UNITED STATES of America.**

**No. 16384.**

United States Court of Appeals
Eighth Circuit.

Dec. 3, 1959.

James L. McMullin, Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and O. J. Taylor, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution on motion of appellee.

**Lloyd C. SHANKLIN, Appellant,**

v.

**UNITED STATES of America.**

**No. 16394.**

United States Court of Appeals
Eighth Circuit.

Dec. 22, 1959.

James L. McMullin, Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and O. J. Taylor, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

**Suzanne SHEBRA, Appellant,**

v.

**GREYHOUND CORPORATION, a Corporation.**

**No. 16294.**

United States Court of Appeals
Eighth Circuit.

Dec. 10, 1959.

Rehearing Denied Jan. 6, 1960.

Suzanne Shebra, pro se.

R. B. Hamer and Lyle E. Strom, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.